CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Jazmin Skylin Hinojosa**<br>DOB:2001; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05068MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 24, 2026, in the District of Arizona, **Jazmin Skylin Hinojosa**, knowing and in reckless disregard of the fact that certain illegal aliens, Jesus Rafael Lopez-Morales and Maycol Daneri Diaz-Chanchavac, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 24, 2026, in the District of Arizona (Why), at approximately 6:45 p.m. Border Patrol Agents (BPAs) were notified by the Ajo Border Patrol Station Tactical Operation Command (TOC) that a dark colored Chevrolet Malibu and a white Honda sedan were observed travelling west on South Puerto Blanco Road and returned east towards State Route 85 (SR85) about two minutes later. South Puerto Blanco is a dirt road on the Organ Pipe National Monument and can be accessed from SR85 about one mile north of the United States / Mexico border. South Puerto Blanco ends about 15 miles west of SR85. Throughout the length of this remote dirt road there are no gas stations, homes, or facilities. Since South Puerto Blanco is on the Organ Pipe National Monument, it primarily serves as a way for park visitors to access parts of the park. It is uncommon for individuals not involved in smuggling activities to drive several hours to the Organ Pipe National Monument only to visit for a few minutes and then return northbound. At approximately 6:50 p.m. BPAs observed a dark colored Chevrolet Malibu travelling north that matched the description given to them by the TOC. BPAs followed the vehicle for further investigation. The Malibu was travelling at about 57 miles per hour, below the posted speed limit of 65 miles per hour. Drivers involved in smuggling events will often drive below the speed limit while in the presence of law enforcement vehicles to dissuade a vehicle stop and to encourage them to pass. BPAs requested record checks on the vehicle which revealed the Malibu was registered out of Phoenix, AZ, and had not crossed the United States border within the last three days. The Malibu had only one visible occupant, a young female. In BPAs' experience, people who reside in the Phoenix area typically do not travel three hours through the remote desert towards the Lukeville Port of Entry without crossing the border.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jesus Rafael Lopez-Morales and Maycol Daneri Diaz-Chanchavac

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 25, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. BPAs exited their vehicle and approached the Malibu from the passenger side. BPAs asked the driver, **Jazmin Skylin Hinojosa**, if she had any documentation, and she handed them an Arizona Driver License. BPAs asked **Hinojosa** from where she was coming, and she said she came from Mexico after visiting family. She stated that she had crossed back into the United States on foot via the Lukeville Port of Entry. BPAs asked for permission to search the trunk of her vehicle, and she said no. BPAs were informed that records showed **Hinojosa** had not crossed the border today. BPAs re-approached **Hinojosa** when she admitted to them that there were people in the trunk of her vehicle. She stated she knew it was hot outside and she didn't want anything to happen to them or herself if they were to get hurt. It should be noted that it was approximately 105 degrees at this time. Inside the trunk, BPAs discovered three subjects including Jesus Rafael Lopez-Morales and Maycol Daneri Diaz-Chanchavac. The subjects admitted to being citizens and nationals of Guatemala and Mexico. Record checks revealed the subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Jesus Rafael Lopez-Morales stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States, paying $1,000 USD upfront and owing an additional unknown amount. He crossed into the U.S. on June 24, 2026. A foot guide used his cellphone to maintain contact with scouts on the Mexican side and a driver who would come to pick them up. They arrived to the place where they would be picked up by a dark gray Chevrolet sedan. After waiting a couple of minutes in that place, the foot guide received a call in which the scouts in Mexico informed him that the gray car was about to arrive to pick them up. A gray 4-door sedan arrived to pick them up. They were forced by a female driver to get into the vehicle's trunk. Five minutes later they were apprehended by BPAs.

Material Witness Maycol Daneri Diaz-Chanchavac stated he is a citizen and national of Guatemala. His sister made arrangements in Mexico for him to be smuggled into the United States and paid $10,000 quetzales. He crossed into the U.S. on June 24, 2026, wearing camouflage clothing. The foot guide instructed the group to remain quiet and hide if a vehicle approached. They arrived at the pickup location and one hour later, a gray passenger vehicle arrived at the load site. The female driver told the group to get inside the vehicle. He entered the vehicle through the rear passenger door and was then instructed to get into the trunk by lowering the rear seats. He was not told how to access or use the emergency latch inside the trunk. Approximately twenty minutes later, the vehicle was stopped by BPAs.